944

No. 72–234. THOMPSON ET AL. *v.* KANSAS CITY POWER & LIGHT Co. Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 71–6627. MARTIN *v.* CITY OF NEW ORLEANS. Appeal from Sup. Ct. La. Motion for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Gooding* v. *Wilson,* 405 U. S. 518 (1972). See *Lewis* v. *City of New Orleans,* 408 U. S. 913 (1972). THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST dissent for the reasons expressed in the several opinions in *Rosenfeld* v. *New Jersey,* 408 U. S. 901 (1972); *Lewis* v. *City of New Orleans, supra;* and *Brown* v. *Oklahoma,* 408 U. S. 914 (1972). MR. JUSTICE POWELL would remand cause for further consideration only in light of *Chaplinsky* v. *New Hampshire,* 315 U. S. 568 (1942). See concurring opinion in *Lewis* v. *City of New Orleans, supra.*

No. 72–216. SMILOW *v.* UNITED STATES. C. A. 2d Cir. On representation of the Solicitor General, set forth in his Memorandum for the United States, filed September 28, 1972, certiorari granted. Judgment vacated and case remanded for further consideration in light of position presently asserted by the Government.